UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INDUSTRIAL INVESTMENT LIMITED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>1955 CAPITAL FUND I GP LLC, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08924-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Lucy H. Koh for consideration of whether the case is related to *Global Industrial Investment Limited v. Chung*, Case No. 19-cv-07670-LHK.

　　　　**IT IS SO ORDERED.**

Dated:　12/6/2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge